UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Criminal No. 09-31-GFVT |
| Plaintiff/Respondent, | ) | |
| | ) | |
| V. | ) | **ORDER** |
| | ) | |
| BRIAN LEE PATRICK, | ) | |
| | ) | |
| Defendant/Movant. | ) | |
| | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court pending review of the Report and Recommendation of United States Magistrate Edward B. Atkins [R. 61] filed herein on August 30, 2012. Consistent with local practice, the Report and Recommendation addresses Patrick's motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255. The Report and Recommendation concludes that the Petitioner is not entitled to the relief sought. It also advises the parties that any objections must be filed within fourteen (14) days of service or waive the right to further appeal. [*Id*. at 19.] As of this date, neither party has filed objections or sought an extension of time to do so.

Generally, this Court must make a *de novo* determination of those portions of a recommended disposition to which objections are made. 28 U.S.C. § 636(b)(1)(c). When no objections are made, however, this Court is not required to "review . . . a magistrate's factual or legal conclusions, under a de novo or any other standard . . . ." *Thomas v. Arn*, 474 U.S. 140, 150 (1985). Parties who fail to object to a Magistrate's report and recommendation are also

barred from appealing a district court's order adopting that report and recommendation. *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981). Nevertheless, this Court has examined the record, and it agrees with the Magistrate Judge's Recommended Disposition. Furthermore, the Court declines to issue a certificate of appealability. The Court determines that reasonable jurists would not find the denial of Patrick's § 2255 motion debatable. *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

Accordingly, and the Court being sufficiently advised, it is hereby **ORDERED**:

1. The Magistrate's Recommended Disposition [R. 61] as to Brian Patrick is **ADOPTED** as and for the Opinion of the Court;

2. Patrick's motion [R. 44] is **DENIED;**

3. A Certificate of Appealability is **DENIED**; and

4. **JUDGMENT** in favor of the Respondent will be entered contemporaneously herewith and this matter will be **STRICKEN** from the Court's active docket.

This 3rd Day of January, 2014.

Signed By:
*Gregory F. Van Tatenhove*
United States District Judge